No. 81–1164.  HEIN *v.* CALIFORNIA.  Appeal from App. Dept., Super. Ct. Cal., San Diego County, dismissed for want of substantial federal question.

No. 81–5943.  BIXBY *v.* ROSS.  Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of substantial federal question.

No. 81–6012.  CEPULONIS *v.* MASSACHUSETTS.  Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. 81–1041.  STAN MUSIAL & BIGGIES, INC. *v.* FLORIDA DEPARTMENT OF REVENUE.  Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of jurisdiction.

No. 81–1183.  SOUTHERN STATE COLLEGE ET AL. *v.* ARKANSAS GAZETTE CO.  Appeal from Sup. Ct. Ark. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5967.  ROBINSON, BY HIS MOTHER AND NEXT FRIEND, ROBINSON *v.* ARMAND ET AL.  Appeal from D. C. N. D. Ill. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–723.  HYBUD EQUIPMENT CORP. ET AL. *v.* CITY OF AKRON, OHIO, ET AL.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Community Communications Co.* v. *Boulder, ante,* p. 40.

No. 81–843.  NORTHWEST EXCAVATING, INC. *v.* WAGGONER ET AL., TRUSTEES.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kaiser Steel Corp.* v. *Mullins, ante,* p. 72.